**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALEX REN,

Plaintiff,

v.

CITY OF WALNUT, *et al.*,

Defendants.

Case No. 2:25-cv-10718-JLS-ACCV

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in *de novo* review of those portions of the Report to which the parties have objected. The Court accepts the findings and recommendation of the Magistrate Judge, with the single exception noted below.

IT IS THEREFORE ORDERED that: (1) Moving Defendants' Motion to Strike is DENIED; (2) Moving Defendants' Motion to Dismiss the First Amended Complaint as to the claims against Moving Defendants is GRANTED IN PART; (3) Moving Defendants' Motion to Dismiss to the extent it requests dismissal without leave to amend is DENIED; and (4) Plaintiff is ordered that if he still desires to pursue this action, to file a Second Amended Complaint within thirty (30) days of the date of this

Order accepting this Report and Recommendation remedying the deficiencies discussed above. Although the Report and Recommendation recommended that the Court decline to exercise supplemental jurisdiction over Plaintiff's state law claims, the Court determines that declining supplemental jurisdiction would be premature at this point, as leave to amend some of Plaintiff's federal claims has been granted. Rather, the Court declines to address Plaintiff's state law claims until and unless Plaintiff adequately states a federal claim. If Plaintiff chooses to file a Second Amended Complaint, it should bear the docket number assigned in this case; be labeled "Second Amended Complaint"; and be complete in and of itself without reference to the First Amended Complaint, or any other pleading, attachment, or document.

DATED: September 30, 2026

HON. JOSEPHINE L. STATON
United States District Judge